**1012**

## ELLIOTT v. COMMISSIONER OF INTERNAL REVENUE.

### No. 7455.

Circuit Court of Appeals, Third Circuit.

Feb. 21, 1941.

William Wallace Booth, of Pittsburgh, Pa. (W. A. Seifert and Reed, Smith, Shaw & McClay, all of Pittsburgh, Pa., on the brief), for petitioner.

Wm. L. Cary, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before BIGGS, MARIS and JONES, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed upon the authority of Higgins v. Commissioner, 61 S.Ct. 475, 85 L.Ed. ——.

**Philip B..FLEMING, as Administrator of the Wage and Hour Division, United States Department of Labor, Appellant, v. CINCINNATI UNION TERMINAL COMPANY, Inc., Appellee.**

### No. 8656.

Circuit Court of Appeals, Sixth Circuit.

Jan. 7, 1941.

George A. McNulty, Irving J. Levy, Joseph Rauh, John E. Skilling, and Arthur E. Reyman, all of Washington, D. C., and William T. McKnight, of Cleveland, Ohio, for appellant.

Taft, Stettinius & Hollister, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing that the bill of complaint filed November 6, 1939, charges violations of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, Public #718, 75th Congress, 52 Stat. 1060, 29 U.S. C.A. § 215(a)(2, 5), and the answer filed November 27, 1939, constituted justiciable issues which appellant has a right to have determined by a trial in equity, and that this right did not become extinguished by the inauguration by appellee on February, 1940, of a new plan for the payment of compensation to "red caps" as set forth in the supplemental answer filed February 19, 1940, and as found by the District Court, it is therefore ordered, adjudged and decreed, upon the authority of Federal Trade Commission v. Goodyear Tire & Rubber Co., 304 U.S. 257, 58 S.Ct. 863, 82 L.Ed. 1326, and cited cases, that the decree appealed from be and the same is reversed and the case is remanded for further proceedings consistent herewith.

**INTERSTATE MAUSOLEUM COMPANY et al. v. E. C. STREET, Trustee in Bankruptcy of the Estate of Pacific Mausoleum Company a Corporation, Bankrupt.**

### No. 9667.

Circuit Court of Appeals, Ninth Circuit.

Feb. 18, 1941.

Edward D. Mabson, of San Francisco, Cal., for appellants.

Harrison Travers and Deadrich & Spencer, all of Oakland, Cal., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of appellee for dismissal of appeal herein for failure of appellant to make deposit covering estimated expense of printing transcript of record, and good cause therefor appearing, ordered motion granted, that a decree be filed and entered accordingly, and mandate issued forthwith.